IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PETITION TO APPEAR ON BEHALF OF THE UNITED STATES<br><br>RICHARD GLASER<br>U. S. Commodity Futures Trading Commission<br>1155 21st Street, NW<br>Washington, DC    20581 | MISC. NO. 24-036 (RAM) |

## ORDER

On February 1, 2024, Richard Glaser filed an application for Special Temporary Admission and CM/ECF Registration to appear before this Court to represent the United States of America. The application includes a Certification in Support of Application submitted by Aimee Latimer-Zayets, U.S. Commodity Futures Trading Commission, in accordance with Rule 83A(e)(3) of the Local Rules of this Court.

Attorneys employed by the United States of America, its agencies and dependencies, may appear as attorney of record for the United States, as per Rule 83A(e) of the Local Rules of this Court. Accordingly, and upon review of the documents submitted, Richard Glaser is granted leave to appear as attorney of record for the United States in cases before this District and will be assigned a government attorney number for that limited purpose.

Said attorney has the duty to inform the Court, by motion, when his appointment as an attorney for the U.S. Commodity Futures Trading Commission terminates. Moreover, counsel is ORDERED to appear before the Office of the Clerk of Court when physically present within the District of Puerto Rico, to sign the registry of government attorneys.

In San Juan, Puerto Rico this 1st day of February, 2024.

ADA I. GARCIA-RIVERA, ESQ., CPA
CLERK OF COURT

GOVERNMENT ATTORNEY NO.    **G04012**